**FILED**
July 6, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG 06-0179 GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DOROTHY JEAN WILLIAMS, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DOROTHY JEAN WILLIAMS , Case No. MAG 06-0179 GGH , Charge  Title 21 USC § 856 (a) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_✔_   Bail Posted in the Sum of $ 200,000.00 (secured by real property

___   Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_✔_   (Other)     with pretrial supervision and conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 6, 2006  at  July 6, 2006 .

By  GREGORY G. HOLLOWS
Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal