**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **DOROTHY J. WILLIAMS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-O6-288 WBS |
| Plaintiff, | **STIPULATION AND ORDER THEREON** |
| v. | |
| **DOROTHY J. WILLIAMS,** | |
| Defendant, | |

It is hereby stipulated between counsel for the government and counsel for both defendants that the Status Conference presently scheduled for October 4, 2006 may be continued until November 29, 2006

It is further stipulated by the parties that time is excludable under the Speedy Trial Act until November 29, 2006, and all the parties accordingly request the court to order that time be excluded until that date.

This is a relatively new case involving two defendants with substantial written discovery as well as numerous CD's and a cooperating co-conspirator. The parties agree to this continuance to permit completion of the discovery process, explore and identify potential pretrial motions and discuss possible resolution. In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

(Signatures and Order on Following Page)

| | |
|---|---|
| Dated: October 3, 2006 | Dated: October 3, 2006 |
| / s / Steven D. Bauer | / s / Timothy Zindel |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **TIMOTHY ZINDEL**<br>Assistant Federal Defender |

Dated:  October 3, 2006

/ s / Jason Hitt

**JASON HITT**
Assistant United States Attorney

For Good Cause Appearing

**IT IS SO ORDERED**

Dated:  October 4, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE