**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DOROTHY JEAN WILLIAMS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> DOROTHY JEAN WILLIAMS, et al.,) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | CR.NO. S-06-288-WBS <br><br> STIPULATION AND ~~PROPOSED~~ ORDER RE: RELEASING BAIL BOND ON THE PROPERTY LOCATED AT 7250 15TH STREET |

   The Plaintiff, the United States of America, by and through its attorneys, Assistant United States Attorney, Mr. Jason Hitt, and the defendant, Ms. Dorothy Jean Williams, by and through her attorney, Mr. James R. Greiner, hereby agree and stipulate to the following:

   1. On June 29, 2006, a complaint was filed regarding the defendant, Dorothy Jean Williams.

   2. On June 29, 2006, the Magistrate Judge, after consideration, ordered the deft released on a $200,000 secured bond and under the conditions as stated on the record.

   3. It appears from the docket that the defendant was released from custody on July 6, 2006, after posting the bail bond and with conditions of release . (See docket entries 4, 5, and 6).

1

1     4. An Indictment was returned on July 13, 2006, against both the
2 defendant and co-defendant Reginald Bowers. The Indictment alleges in Count 1 a
3 violation of Title 21 U.S.C. section 841(a)(1) (Possession with intent to distribute
4 cocaine base); Count two a violation of Title 21 U.S.C. section 841(a)(1) Possession
5 with intent to distribute Cocaine; Count three (against defendant only) a violation of
6 Title 21 U.S.C. section 856(a)(2) Managing and controlling a place for the purpose of
7 manufacturing, storing, and distributing Cocaine and Cocaine base.
8     5. The defendant was arraigned on the Indictment on July 14, 2006,
9 entering not guilty pleas and demanding a jury trial.
10     6. On December 19, 2006, the court appointed present counsel in place
11 of Mr. Steve Bauer.
12     7. A related case order was filed on December 21, 2006, regarding the
13 civil forfeiture action filed, Civ-S-06-02839-WBS.
14     8. The parties agree and stipulate that the Court may sign the Order
15 below releasing as bail bond in this case, the property located at 7250 15th Street,
16 Sacramento, California.
17     9. Pretrial services has no objection to the releasing of the property
18 located at 7250 15th Street, Sacramento, California, 95822.
19     10. There is still one piece of property that is acting as bail bond in the
20 case, that is the property located at 7244, 15th Street, Sacramento, California, 95822.
21     The foregoing is agreed and stipulated to by the parties.

                                        McGREGOR W. SCOTT
                                        UNITED STATES ATTORNEY

                                        /s/ JASON HITT by telephone authorization

DATED: 6-21-07                 _____
                                        JASON HITT
                                        ASSISTANT UNITED STATES ATTORNEY
                                        ATTORNEYS FOR THE PLAINTIFF

DATED: 6-21-07

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
DOROTHY JEAN WILLIAMS

**ORDER**

FOR GOOD CAUSE SHOWING, IT IS SO ORDERED.

DATED:   June 22, 2007

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3