BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-0288 WBS |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AGAINST |
| v. | DEFENDANT DOROTHY WILLIAMS AND [~~PROPOSED~~] ORDER |
| REGINALD BOWERS, et al., | [FED. R. CRIM. P. 48(a)] |
| Defendants, | |

The United States of America, through its attorneys of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the indictment against defendant Dorothy WILLIAMS in Case No. 2:06-cr-0288 WBS, pursuant to Federal Rule of Criminal Procedure 48(a).

Rule 48(a) provides:

> The government may, with leave of court, dismiss an indictment, information, or complaint. The government may not dismiss the prosecution during trial without the defendant's consent.

Fed. R. Crim. P. 48(a).

///

1

1  This motion seeks leave of court to dismiss the indictment
2 against defendant Dorothy WILLIAMS in Case No. 2:06-cr-0288 WBS
3 because the government has conducted an extensive review of the
4 evidence against both of this defendant, considered the declining
5 health and advanced age of this particular defendant, and other
6 relevant factors and concluded that it is in the interests of justice
7 to dismiss the indictment against this defendant.  Therefore,
8 pursuant to Rule 48(a), the undersigned respectfully requests that
9 the Court enter an order dismissing the pending indictment against
10 defendant Dorothy WILLIAMS in Case No. 2:06-cr-0288 WBS in the
11 interests of justice.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:  December 21, 2012     By:/s/Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The pending counts of the indictment against Dorothy WILLIAMS in Case No. 2:06-cr-0288 WBS are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED:   December 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE